ELIZABETH V. LOEB, Respondent, v. WILLIAM LOEB, JR., Appellant.— Order granting alimony and counsel fee modified by reducing the alimony to fifteen dollars a week and the counsel fee to one hundred and seventy-five dollars; alimony to

*See Civ. Prac. Act, § 1513.— [REP.

commence as of October 3, 1932, as provided in the order appealed from. As so modified the order is affirmed, without costs. No opinion. Motion for stay denied. Lazansky, P. J., Kapper and Carswell, JJ., concur; Hagarty and Davis, JJ., dissent.

SOPHIA NICOLAI, Respondent, v. HULETT MOTOR CAR CO., INC., Appellant, and F. A. SMITH AUTO SALES CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.